IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
|     PROSPECT AGENCY GROUP, INC. ) | |
| ) | Case No. 18-20180 |
| ) | |
|     Debtor(s) ) | |

**ORDER APPOINTING ATTORNEYS**

THIS MATTER having come before this Court on the application of the Trustee for appointment of attorneys to represent the estate in adversary no. 18-2039, Christopher Gregg Thomas vs. Randy L. Royal, Trustee and it appearing that counsel should be appointed to take action on behalf of the Trustee consistent with the Trustee's application for retention of counsel, and it appearing to the Court that the application is appropriate under 11 U.S.C. Section 327 and F.R.B.P. Rule 2014 and that the appointment should be made,

IT IS HEREBY ORDERED THAT the appointment is approved and that David Lichtenstein, LLC, 1556 Williams St., Ste. 100, Denver, CO 80218-1661 and the Law Offices of Ken McCartney, P.C., P.O. Box 1364, Cheyenne, WY 82003 are hereby authorized to act as counsel for the estate.  Their fee shall not exceed that referenced in their affidavits, which is subject to Court approval upon appropriate application.

BY THE COURT:

_____
HONORABLE CATHLEEN D. PARKER
UNITED STATES BANKRUPTCY JUDGE