UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*

FILED

11:30 am, 2/28/19

Tim J. Ellis
Clerk of Court

Date: February 27, 2019                          HONORABLE Cathleen D. Parker, Presiding

Location: Telephone Conference

In re:                                           Case No: 18-20180

Prospect Agency Group, Inc         Debtor(s)     Chapter 13

Appearances

| | | | |
|---|---|---|---|
| Trustee | Chapter 7 Trustee | Counsel | Randy L. Royal<br>Ken McCartney<br>David Lichtenstein |
| Creditor | Connor Glynn | Counsel | Pro se |
| Creditor | Stephen Aaron | Counsel | Pro se |
| Creditor | Christopher Gregg Thomas | Counsel | Pro se |

Proceedings:   Hearing on the Trustee's Application to Employ Attorneys (ECF No. 104), the objection filed by Connor Glynn (ECF No. 106), the Objection and Motion for Order to Show Cause filed by Christopher Thomas (ECF No. 107), the objection filed by Stephen Aaron (ECF No. 110), the Trustee's response to Christopher Thomas' objection (ECF No. 115), the Trustee's response to Connor Glynn's objection (ECF No. 117), and the Trustee's response to Stephen Aaron's objection (ECF No. 118)

Witness sworn and testified:   N/A

The parties' supplemental arguments are on the record.
Orders:
☒   Relief sought   ☒ Granted   ☐ Denied   ☐ Case Dismissed   ☐ Continued
☐   Matter taken under advisement
☐   Formal order or judgment to enter to be prepared by _____
☒   These minutes constitute the Court's official order in this matter.

The court reviewed the pleadings, parties' arguments and finding and concluded as stated on the record, grants Trustee's Application to Employ Attorneys.
   IT IS ORDERED Trustee's Application to Employ Attorneys is GRANTED; and it is
   ORDERED all objections are overruled.

BY THE COURT:

*Cathleen D Parker*

Honorable Cathleen D. Parker                    2/28/2019
United States Bankruptcy Court
District of Wyoming